IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STRATEGIC MANAGEMENT PARTNERS, LLC<br>agent of<br>Aspen Woods Apartments,<br><br>   Plaintiff,<br><br>     v.<br><br>KENNETH KIELER, et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-4345-TWT |

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 6 day of January, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Strategic Management Partners, LLC\r&r.wpd